Prepared by State Reporter from Appeal Papers

MARTIN'S, Respondent, *v.* MARTIN'S DEPARTMENT STORE, INC., Appellant.

*Trade names — injunction — action to enjoin use of trade name in connection with business.*

*Martin's* v. *Martin's Department Store, Inc.*, 218 App. Div. 784, affirmed.

(Argued March 1, 1927; decided March 29, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 29, 1926, modifying and affirming as modified a judgment entered upon a decision of the court on trial at Special Term. The action was brought by plaintiff, which maintained a store in the borough of Brooklyn, to enjoin and restrain defendant from using plaintiff's trade name in connection with its store in the borough of Manhattan. The Appellate Division made new findings and directed judgment enjoining defendant " permanently from in any manner using the name ' Martin's ' or ' Martin's Department Store, Inc.,' or any similar name for or in conjunction with the operation of its store at the southeast corner of Fourteenth street and Sixth avenue, in the Borough of Manhattan, New York City or in conjunction with any other store owned, operated, controlled or maintained by it."

*Ludwig M. Wilson* for appellant.

*Benjamin Reass* and *Sylvia Usefof* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: CARDOZO, Ch. J.

33